**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**HOMESIDE FINANCIAL,**

    **Plaintiff,**

  v.                            Case No. 2:21-cv-5042
                                  **JUDGE EDMUND A. SARGUS, JR.**
                                  **Magistrate Judge Kimberly A. Jolson**

**CROSSCOUNTRY MORTGAGE LLC,** *et al.***,**

    **Defendants.**

## ORDER

This case came before the Court for a telephone conference on October 15, 2021, to discuss Plaintiff's Application for Temporary Restraining Order (ECF No. 7). As discussed during the conference, the parties agree that Plaintiff's Application is **MOOT**. The Clerk is directed to remove the Application for Temporary Restraining Order (ECF No. 7) from the pending motions list.

    **IT IS SO ORDERED.**


**10/18/2021**                                    **s/Edmund A. Sargus, Jr.**
**DATE**                                           **EDMUND A. SARGUS, JR.**
                                              **UNITED STATES DISTRICT JUDGE**